UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE JOSEPH ROONEY,

Plaintiff,

-v.-

AMERIPRISE FINANCIAL SERVICES,
LLC, and DAVID C. TURETSKY

Defendants.

25 Civ. 10167 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On December 9, 2025, the above-captioned case was assigned to this Court.  Three days later, on December 12, 2025, Defendants moved to dismiss or, alternatively, to compel arbitration.  (*See* Dkt. #4-5).  But this motion is premature.  Before Defendants may file such a motion, the Court's Individual Rules of Practice in Civil Cases require Defendants to submit a pre-motion letter requesting a pre-motion conference.  *See* Individual Rules 2(C), 4(A). Because they have not done so, the Court STRIKES docket entries 4 and 5. Defendants are welcome to submit a pre-motion letter that complies with the Court's Individual Rules and request a pre-motion conference to discuss their contemplated motion.

The Clerk of Court is directed to strike the documents at docket entries 4 and 5.

SO ORDERED.

Dated:    December 15, 2025
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2