UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE JOSEPH ROONEY,

                Plaintiff,

       -v.-

AMERIPRISE FINANCIAL SERVICES,
LLC, and DAVID C. TURETSKY

            Defendants.

25 Civ. 10167 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On February 20, 2026, the Court held a pre-motion conference and set a briefing schedule for Defendants' anticipated motion to dismiss the complaint. (February 20, 2026 Minute Entry).  Pursuant to that schedule, Defendants filed their opening brief on April 24, 2026.  (Dkt. #24-27).  Plaintiff's opposition was due on or before June 12, 2026, but to date the Court has not received that opposition.

The Court will, *sua sponte*, extend Plaintiff's deadline to submit his opposition until **July 24, 2026**.  Relatedly, Defendants' deadline to submit their reply is extended to **August 7, 2026**.  However, if the Court does not receive Plaintiff's opposition by July 24, 2026, it will consider Defendants' motion unopposed and will not seek a reply brief.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at the following address:

    52 Midland Avenue
    Bronxville, NY 10708

SO ORDERED.

Dated:   June 22, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge