UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE JOSEPH ROONEY,

              Plaintiff,

        -v.-

AMERIPRISE FINANCIAL SERVICES,
LLC, and DAVID C. TURETSKY

              Defendants.

25 Civ. 10167 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On June 22, 2026, the Court entered an Order *sua sponte* extending the deadline for Plaintiff to oppose Defendants' motion to dismiss and the deadline for Defendants to reply. (Dkt. #28). At that time, the Court had not yet received Plaintiff's opposition, which was due June 12, 2026. (*Id.*). But on June 23, 2026, Plaintiff's opposition was filed on the docket. (Dkt. #29 (dated June 16, 2026, and stamped received by the Court's *Pro Se* Office on June 18, 2026)). Recognizing Plaintiff's *pro se* status, the Court clarifies that it is in receipt of Plaintiff's opposition and that Plaintiff should not submit further briefing at this time. Defendants reply deadline remains August 7, 2026 (*see* Dkt. #28), but the Court welcomes an early submission.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at the following address:

    52 Midland Avenue
    Bronxville, NY 10708

SO ORDERED.

Dated:    June 24, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2